AO 450 (Rev. 01/09) Judgment in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
August 01, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Rg_____
DEPUTY

| | |
|---|---|
| CHRISTOPHER RICK MONTEZ <br> *Plaintiff* <br> v. <br> FEDERAL BUREAU OF INVESTIGATION <br> *Defendant* | ) <br> ) <br> ) Civil Action No. SA-22-CV-453-XR <br> ) <br> ) |

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: the Magistrate Judge's recommendation is ACCEPTED and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 08/01/2022

CLERK OF COURT PHILIP J. DEVLIN

*Signature of Clerk or Deputy Clerk*